Opinion issued April 24, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00050-CV

____________


AURORA RUSSELL, Appellant


V.


I.T. DIMENSIONS, INC. AND RAJ VARMA, Appellees






On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 825,824






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss her appeal. More than 10
days have elapsed, and no objection has been filed. No opinion has issued.
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.